```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02326
    PATRICIA A GREGORY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-8632


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/09/2007 and was not confirmed.

    The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE         .00            .00           .00
HARRIS NA                  SECURED VEHIC         .00            .00           .00
USAONENCUBC                SECURED VEHIC         .00            .00           .00
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE      880.00            .00           .00
OCWEN LOAN SERVICING LLC   CURRENT MORTG         .00            .00           .00
ECMC                       UNSECURED             .00            .00           .00
CARMAX AUTO FINANCE        UNSECURED       NOT FILED            .00           .00
ISAC                       UNSECURED             .00            .00           .00
COLLEGE LOAN               UNSECURED             .00            .00           .00
COLLEGE LOAN               UNSECURED             .00            .00           .00
ECAST SETTLEMENT CORP      UNSECURED        11909.24            .00           .00
NICOR GAS                  UNSECURED          544.09            .00           .00
SPRINT-NEXTEL CORP         UNSECURED         1390.15            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         3523.36            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          300.14            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,134.00                       411.50
TOM VAUGHN                 TRUSTEE                                          30.50
DEBTOR REFUND              REFUND                                          663.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,105.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    411.50
TRUSTEE COMPENSATION                               30.50
DEBTOR REFUND                                     663.00
                         ---------------       ---------------
TOTALS                   1,105.00               1,105.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02326 PATRICIA A GREGORY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |